IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEZERETH RED TOMAHAWK | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(6), and 1153 |

COUNT ONE

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about March 31, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

NEZERETH RED TOMAHAWK,

an Indian, did assault Jeremiah Red Tomahawk, which assault resulted in serious bodily injury to Jeremiah Red Tomahawk;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

COUNT TWO

**Assault With a Dangerous Weapon**

The Grand Jury Further Charges:

On or about March 31, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

NEZERETH RED TOMAHAWK,

an Indian, did assault Jeremiah Red Tomahawk with a dangerous weapon, namely, a bat, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BSR/tmg